IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00606-BNB

JOHN RICHARDSON,

    Plaintiff,

v.

JO ANN STOCK, P.A., in her individual capacity,
JOHN OR JANE DOE KITE COLLECTORS, in their individual capacity,
JOHN OR JANE DOE ELECTRONIC KIT LOG DOCUMENTORS, individually,
JOHN OR JANE DOE APPOINTMENT SCHEDULERS, in their individual capacity,
BEV DOWIS, R.N., H.S.A., in her individual capacity as Health Services Administrator,
LT. GILES, in his individual capacity,
SGT. OLIVERIUS, in his individual capacity,
SGT. HILL, in his individual capacity, and
SGT. LIMBREIS, in his individual capacity,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D.

Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED March 14, 2013, at Denver, Colorado.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge