IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00606–RM–KMT

JOHN RICHARDSON,

    Plaintiff,

v.

JO ANN STOCK, P.A., in her Individual Capacity,
JOHN OR JANE DOE KITE COLLECTORS, in Their Individual Capacity,
JOHN OR JANE DOE ELECTRONIC KITE LOG DOCUMENTORS, Individually,
JOHN OR JANE DOE APPOINTMENT SCHEDULERS, in Their Individual Capacity,
BEV DOWIS, R.N., H.S.A., in her Individual Capacity as Health Services Administrator,
LT. GILES, in his Individual Capacity,
SGT. OLIVERIUS, in his Individual Capacity,
SGT HILL, in his Individual Capacity, and
SGT. LIMBREIS, in his Individual Capacity,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendants' "Unopposed Motion for Leave to Depose Incarcerated Plaintiff" (Doc. No. 38, filed Dec. 18, 2013) is GRANTED. Pursuant to Fed. R. Civ. P. 30(a)(2)(B), the court hereby grants Defendants leave to take Plaintiff's deposition at the Sterling Correctional Facility of the Colorado Department of Corrections, subject to the provisions of D.C.COLO.LCivR 30.1 on deposition scheduling and the rules and regulations of the CDOC and the facility.

Dated:   December 19, 2013