**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-00606-RM-KMT

JOHN RICHARDSON,

    Plaintiff,

v.

JO ANN STOCK, P.A., in her individual capacity;
JOHN OR JANE DOE KITE COLLECTORS, in their individual capacity;
JOHN OR JANE DOE ELECTRONIC KIT LOG DOCUMENTORS, individually;
JOHN OR JANE DOE APPOINTMENT SCHEDULERS, in their individual capacities;
BEV DOWIS, R.N., H.S.A., in her individual capacity as Health Services Administrator;
LT. GILES, in his individual capacity;
SGT. OLIVERIUS, in his individual capacity;
SGT. HILL, in his individual capacity; and
SGT. LIMBREIS, in his individual capacity,

    Defendants.

___

**ORDER**
___

This matter before the Court on the parties' Stipulated Motion to Dismiss All Claims Against All Defendants With Prejudice (ECF No. 89). Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court:

(1)    GRANTS the Stipulated Motion to Dismiss All Claims against All Defendants with Prejudice (ECF No. 89);

(2)    DISMISSES with prejudice Plaintiff's Complaint (ECF No. 1);

(3)    ORDERS that each party is to bear his, her, or its own attorney's fees and costs;

   (4)  DENIES as MOOT Defendants' Motion for Summary Judgment (ECF No. 68);

and

   (5)  DIRECTS the Clerk of the Court to CLOSE this matter.

DATED this 23rd day of January, 2015.

              BY THE COURT:

              _____
              RAYMOND P. MOORE
              United States District Judge